THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT DE W. MASON et al., Appellants, *v.* WILLIAM S. MILLER et al., Constituting the Board of Tax Commissioners of the City of New York, Respondents.

Argued April 14, 1941; decided May 22, 1941.

*Robert L. Callahan* and *Frank V. Smith* for appellants.

*William C. Chanler, Corporation Counsel (Arthur H. Goldberg* and *Arthur A. Segall* of counsel), for respondents.

Order of Appellate Division reversed and that of Special Term affirmed, with costs in this court and in the Appellate Division, upon the ground that the weight of evidence lies with the decision of the Special Term. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.